■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER STEPHENS, JR., Appellant. [986 NYS2d 480]—

Judgment, Supreme Court, New York County (Robert M. Stolz, J.), rendered September 27, 2012, convicting defendant, after a jury trial, of grand larceny in the first degree and criminal possession of stolen property in the first and third degrees, and sentencing him to an aggregate term of 3 to 9 years, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). The jury could have reasonably inferred defendant's accessorial liability for the theft of over $1 million and his knowing possession of the stolen funds with the intent to benefit himself. It is a reasonable inference, from the totality of circumstances, that defendant knew the large sums of money coming into an account under his control could not have had any legitimate origin (*see generally People v Reisman*, 29 NY2d 278, 285-286 [1971], *cert denied* 405 US 1041 [1972]). Furthermore, defendant's overall course of conduct, including his use of the funds, had no reasonable innocent explanation.

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Moskowitz, DeGrasse, Manzanet-Daniels and Kapnick, JJ.